UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RLI CORPORATION and )<br>RLI INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | CASE NO. 05 10924 (MLW) |

## MOTION ON BEHALF OF RLI CORPORATION AND RLI INSURANCE COMPANY FOR ADMISSION OF ATTORNEY PRO HAC VICE

Undersigned counsel for Defendants RLI Corporation and RLI Insurance Company hereby move, pursuant to Local Rule 83.5.3(b), that Michael P. Mullins, an attorney at Choate, Hall & Stewart LLP, Exchange Place, 53 State Street, Boston, Massachusetts, 02109 be permitted to appear and practice in the above-captioned action on behalf of RLI Corporation and RLI Insurance Company. As grounds therefore, undersigned counsel states:

1.  Mr. Mullins is a member in good standing of all the bars to which he has been admitted to practice, and is familiar with the Local Rules of this Court.

2.  There are no disciplinary proceedings pending against Mr. Mullins in the bar of any jurisdiction.

3.  Undersigned counsel are members of the bar of this Court, and have filed

1

3921491v1

an appearance in this action on behalf of RLI Corporation and RLI Insurance Company.

4. Counsel for the Plaintiff has assented to Mr. Mullin's pro hac vice admission.

5. Submitted herewith are: (i) a Certification of Michael P. Mullins as required by Local Rule 83.5.3(b) (Exhibit A), and (ii) Mr. Mullin's certificate of good standing from the State of Illinois.

> Respectfully Submitted,
>
> RLI CORPORATION and RLI
> INSURANCE COMPANY
> By their attorneys,
>
> _/s/ Mark D. Cahill_
> Mark D. Cahill (BBO# 544693)
> Christopher A. Edwards (BBO# 640758)
> CHOATE, HALL & STEWART LLP
> Exchange Place, 53 State Street
> Boston, MA 02109-2804
> Tel: (617) 248-5000
> Fax: (617) 248-4000
> Attorneys for Defendants

Dated: May 11, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ~~mail~~ ( hand) on 5/11/05
_/s/_

2

3921491v1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>RLI CORPORATION, and<br>RLI INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)   CASE NO. 05 10924 — MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF MICHAEL P. MULLINS, ESQ.
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Michael P. Mullins, Esq., being of full age, certifies and states as follows:

1.  I am an associate at the law firm of Choate, Hall & Stewart LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109. I submit this Certification in support of my application for admission to appear, pro hac vice, on behalf of Defendants RLI Corporation and RLI Insurance Company, in the above-captioned matter, pursuant to Local Civil Rule 83.5.3(b) of the United States District Court for the District of Massachusetts.

2.  I received my law degree from the University of Chicago in 1999. I am a member in good standing of the bar of Illinois. I am a member in good standing of the bars of the United States District Court for the Northern District of Illinois, and the Court

1

3921607v1

of Appeals for the Seventh Circuit. I am not yet a member of the bar of the Commonwealth of Massachusetts.

5. I am not now, nor have I ever been, suspended or disbarred by any court, state or federal.

6. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

7. Accordingly, for the foregoing reasons, I request to be admitted as a visiting attorney, pro hac vice, to participate in all proceedings relative to the above-captioned matter.

8. I certify under penalty of perjury that the foregoing statements made by me are true.

_____
Michael P. Mullins

Subscribed and sworn to before me
this 11th day of May, 2005.

_____
Notary Public
My Commission Expires:



MICHELLE L. HUTCHEON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 6, 2007

2

3921607v1

# State of Illinois
## Supreme Court Clerk

Receipt: 00026344

Docket No.:   00000
Receipt Date: 01/18/2005
Amount: $1.00

Received From: Mr. Michael Patrick Mullins
               Choate, Hall & Stewart
               Exchange Place, 53 State Street
               Boston, MA   02109-2804

Title:

A Certificate Fee:          $1.00 - 1     (Check #346582)

Per: JB

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Patrick Mullins

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, January 18, 2005.

*Juleann Hornyak*
Clerk