UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS PORT AUTHORITY,

Plaintiff,

v.

RLI CORPORATION and
RLI INSURANCE COMPANY,

Defendant.

Civil Action No. 05 10924 (MLW)

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR, D.Mass. 7.3, Defendants, through their undersigned counsel state as follows:

RLI Insurance Company's parent is RLI Corp. All outstanding capital stock in RLI Insurance Company is owned by RLI Corp.

RLI Corp. is a publicly traded holding company that has no parent corporation. No publicly held corporation or publicly held company owns 10% or more of RLI Corp.'s stock.

June 23, 2005

Respectfully submitted,
RLI CORPORATION and
RLI INSURANCE COMPANY,

By its attorneys,

_____
Mark D. Cahill (BBO# 544693)
Michael P. Mullins
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109-2804

3942353v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
6/23/05   MPM