UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY,<br><br>   Plaintiff,<br><br>   v.<br><br>RLI CORPORATION and<br>RLI INSURANCE COMPANY,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 05 10924 (MLW)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

  Pursuant to Local Rule 83.5.2(e) for the United States District Court for the District of Massachusetts, please take notice that, as of **August 1, 2005**, the address of Choate, Hall & Stewart LLP, counsel for Defendant RLI Corporation and RLI Insurance Co., will change to Two International Place, 34th Floor, Boston, MA 02110. The telephone numbers and email addresses of counsel will remain the same.

            Respectfully submitted,

            RLI CORPORATION and
            RLI INSURANCE COMPANY

            By their attorneys,

            /s/ Michael Mullins
            _____
            Mark D. Cahill (BBO #544693)
            Michael P. Mullins
            Christopher Edwards (BBO #640758)
            CHOATE, HALL & STEWART
            Exchange Place, 53 State Street
            Boston, Massachusetts 02109
            Tel.: (617) 248-5000

Dated: July 29, 2005

3965400