UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS PORT AUTHORITY, )<br>)<br>                              Plaintiff, )<br>)<br>            v.                )<br>)<br>RLI CORPORATION and           )<br>RLI INSURANCE COMPANY,        )<br>)<br>                              Defendants. )<br>) | CIVIL ACTION<br>NO.  05-10924-MLW |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

By order dated July 27, 2005, the Court set an initial scheduling conference for September 8, 2005, at 11:30 a.m.  Both of the undersigned counsel for Plaintiff Massachusetts Port Authority ("Massport") have previously scheduled conflicts – oral argument at the Supreme Judicial Court and an out of state speaking obligation - and respectfully request that the Court continue the hearing to a later date.  Counsel for the defendants assent to this motion.  Counsel for all parties have confirmed their availability on September 19 and 20, 2005, and respectfully request that, if convenient for the Court, the scheduling conference be reset to one of those dates.

Respectfully submitted,

**Massachusetts Port Authority,**

By its attorneys,

/s/ Neil McGaraghan

Beth I.Z. Boland, BBO #553654
Neil McGaraghan, BBO #649704
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: August 2, 2005

LITDOCS/610564.1

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2005, the foregoing Assented-To Motion to Continue Scheduling Conference was filed via the Court's ECF System for docketing and service on counsel of record for the defendants.

<u>/s/ Neil McGaraghan</u>
Neil McGaraghan

LITDOCS/610564.1