UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RLI CORPORATION and )<br>RLI INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | CASE NO. 05 10924 (MLW) |

## ASSENTED-TO MOTION TO
## CONTINUE SCHEDULING CONFERENCE

Defendants RLI Corporation and RLI Insurance Company ("RLI") hereby file this Assented-To Motion to continue the Scheduling Conference in the above-captioned case from Tuesday, September 20, 2005 until Tuesday, September 27, 2005. In support of their Motion, RLI states:

1. By Order of the Court dated August 8, 2005 and at the request of the parties, the Scheduling Conference in the above-captioned case was set for September 20, 2005 at 4:00 p.m.

2. RLI's lead counsel is involved in a protracted litigation matter pending in Los Angeles, California and is unable to attend the Scheduling Conference on September 20, 2005. Accordingly, RLI respectfully requests that the Court continue the Conference for one week.

3. Plaintiff's counsel has assented to this Motion.

1

4. Notwithstanding the need to continue the Scheduling Conference, the parties have been working to advance this case toward resolution. For example, the parties have conferred and agreed on a discovery schedule that is set forth in the Joint Statement filed contemporaneously with this Motion. Moreover, by the time the Schedule Conference is convened, the parties will have each served their Initial Disclosures pursuant to Fed. R. Civ. P. 26 and Local Rule 26.2.

**WHEREFORE,** with the assent of Plaintiff Massachusetts Port Authority, the Defendants RLI Corporation and RLI Insurance Company respectfully request a one-week continuance of the Scheduling Conference from September 20, 2005 to September 27, 2005.

> Respectfully Submitted,
>
> RLI CORPORATION and RLI
> INSURANCE COMPANY
> By their attorneys,
>
> _/s/ Michael Mullins_
> Mark D. Cahill (BBO# 544693)
> Michael P. Mullins (*pro hac vice*)
> CHOATE, HALL & STEWART LLP
> Two International Place
> Boston, MA 02110
> Tel: (617) 248-5000
> Fax: (617) 248-4000
> Attorneys for Defendants

Dated: September 13, 2005

3981965v1

2