UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY,<br><br>        Plaintiff,<br><br>  v.<br><br>RLI CORPORATION and<br>RLI INSURANCE COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10924-MLW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT OF SETTLEMENT STATUS

  Pursuant to this Court's Scheduling Order dated September 28, 2005, counsel for the parties in this matter hereby report to the Court that they participated in settlement discussions on October 19, 2005 accompanied by persons with settlement authority. As a result of those discussions, the parties have reached a settlement in principle in this matter, and anticipate filing additional papers with the court stipulating to dismissal of this matter with prejudice upon execution of the necessary settlement papers.

Respectfully submitted,

| **Massachusetts Port Authority,** | **RLI Corporation, et al.**, |
|---|---|
| By its attorneys, | By their attorneys, |
|  /s/ Neil McGaraghan    |   /s/ Mark D. Cahill    |
| Beth I.Z. Boland, BBO #553654<br>Neil McGaraghan, BBO #649704<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110 | Mark D. Cahill<br>Michael P. Mullins<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 |
| (617) 951-8000 | (617) 248-5000 |

Dated: October 21, 2005

LITDOCS/619414.1

**Draft 9/12/05**

- 2 -