UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY,<br><br>                    Plaintiff,<br><br>v.<br><br>RLI CORPORATION and<br>RLI INSURANCE COMPANY,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 05-10924-MLW |

## JOINT MOTION TO CONTINUE DATE TO FILE DISMISSAL

On October 21, 2005 counsel for the parties in this matter reported to the Court that the parties have reached a settlement in principle in this matter. By Order dated November 28, 2005, the Court directed that a stipulation of dismissal be filed by December 15, 2005.

The parties have sought in good faith to prepare a written agreement that accurately reflects the terms of their settlement in principal, but have not yet concluded a final, written settlement document. The parties believe that a written agreement is within reach and they respectfully request a continuance of one week, to December 22, 2005, to file a stipulation of dismissal.

Respectfully submitted,

| **Massachusetts Port Authority,** | **RLI Corporation, et al.,** |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Neil McGaraghan<br>Beth I.Z. Boland, BBO #553654<br>Neil McGaraghan, BBO #649704<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br><br>(617) 951-8000 | /s/ Michael P. Mullins<br>Mark D. Cahill<br>Michael P. Mullins<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br><br>(617) 248-5000 |

Dated: December 15, 2005

LITDOCS/625183.1