UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS PORT AUTHORITY,<br><br>                          Plaintiff,<br><br>v.<br><br>RLI CORPORATION and<br>RLI INSURANCE COMPANY,<br><br>                         Defendants. | CIVIL ACTION<br>NO. 05-10924-MLW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-captioned action hereby jointly stipulate to the dismissal of the above-captioned action, with prejudice.

Respectfully submitted,

| **Massachusetts Port Authority,** | **RLI Corporation and**<br>**RLI Insurance Company,** |
|---|---|
| By its attorneys, | By their attorneys, |
| ___/s/ Neil McGaraghan___<br>Beth I.Z. Boland, BBO #553654<br>Neil McGaraghan, BBO #649704<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br><br>(617) 951-8000<br><br>Dated: December 22, 2005 | ___/s/ Michael P. Mullins___<br>Mark D. Cahill<br>Michael P. Mullins<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br><br>(617) 248-5000 |